UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON FLAKES,

        Plaintiff,

v.

RONALD E. DRINKERT et al.,

        Defendants.

_____/

Case No. 1:18-cv-593

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: June 18, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge